UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26-3309**

Case Title: **William Lawrence et al** vs. **NVR, Inc.**

List all clients you represent in this appeal:

**NVR, Inc.**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☑ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Ryan Gillespie**       Signature: s/ **Ryan W. Gillespie**

Firm Name: **UB Greensfelder LLP**

Business Address: **1660 West 2nd Street, Suite 1100**

City/State/Zip: **Cleveland, Ohio 44113**

Telephone Number (Area Code): **216-583-7132**

Email Address: **rgillespie@ubglaw.com**

Please ensure your contact information above matches your PACER contact information.  If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |

6ca-68
8/17