UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: __26-3309__

Case Title: __William Lawrence et al__ vs. __NVR, Inc.__

List all clients you represent in this appeal:

**NVR, Inc.**

| | | | |
|---|---|---|---|
| ☐ Appellant | ☐ Petitioner | ☐ Amicus Curiae | ☐ Criminal Justice Act |
| ☑ Appellee | ☐ Respondent | ☐ Intervenor | (Appointed) |

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: __David D. Yeagley__        Signature: s/ __David D. Yeagley__

Firm Name: __UB Greensfelder LLP__

Business Address: __1660 West 2nd Street, Suite 1100__

City/State/Zip: __Cleveland, Ohio 44113__

Telephone Number (Area Code): __216-583-7216__

Email Address: __dyeagley@ubglaw.com__

Please ensure your contact information above matches your PACER contact information.  If necessary, update your PACER account.

---

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17