# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
## CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: __26-3309__    Case Manager: __Robin Baker__

Case Name: __William Lawrence, et al. v. NVR, Inc.__

Is this case a cross appeal?    ☐ Yes    ☑ No
Has this case or a related one been before this court previously?    ☐ Yes  ☑ No
If yes, state:
   Case Name: _____    Citation: _____
   Was that case mediated through the court's program?    ☐ Yes    ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> **This appeal is against NVR, Inc. and against the dismissal order entered against William and Victoria Lawrence on their claims of breach of contract and violations of Ohio's Home Construction Service Suppliers Act (R.C. 4722) and NVR's alleged violations of the common law duty to build homes in a workmanlike manner.**
>
> **The trial court dismissed the case based solely on a limitations clause found in the contract that purports to allow the Lawrences only 1 year from the date of completion of the home to both discover all defects, even latent defects, and to bring a lawsuit.**
>
> **However, Ohio law is clear that every builder is subject to a duty to build in a workmanlike manner, and that the duty to build in a workmanlike manner cannot be waived. So, instead of a waiver, NVR creatively added a limitations provision, but the limitations provision's chief purpose is to, effectively, cause home buyers such as the Lawrences to waive the duty to build in a workmanlike manner. So, since the duty cannot be waived, the limitations period clause, which effectively stops the Lawrences from bringing a claim related to defective work and the duty to build in a workmanlike manner, is an unlawful provision, and that provision should be disregarded or struck by the court.**

**This is to certify that a copy of this statement was served on opposing counsel of record this** __6th__ **day of**

_____ __May__ , __2026__ .    __Michael R. Fortney_____
                                                         Name of Counsel for Appellant