OFFICE OF THE CIRCUIT MEDIATORS

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

**331 POTTER STEWART U.S. COURTHOUSE**

CATHERINE C. GEYER      **100 EAST FIFTH STREET**      TELEPHONE (513) 564-7330
*Chief Circuit Mediator*      **CINCINNATI, OHIO 45202-3988**      FAX (513) 564-7349
KATHRYN L. WOLLENBURG      CA06-MEDIATION@CA6.USCOURTS.GOV
SCOTT COBURN
JOHN A. MINTER

May 6, 2026

Michael R. Fortney
Ryan W. Gillespie
David Duane Yeagley

     Re:     *William Lawrence, et al v. NVR Inc,* CA No. 26-3309

## CANCELATION NOTICE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the mediation conference currently scheduled for **May 8, 2026,** is hereby **CANCELED**.

Sincerely,

*Connie A. Weiskittel*

Connie A. Weiskittel
Mediation Administrator

cc:     John A. Minter