**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| **LAWRENCE, et al.** | ) | |
| | ) | **CASE NO.: 26-3309** |
| Plaintiffs-Appellants, | ) | |
| | ) | |
| v. | ) | **APPELLEE NVR, INC.'S MOTION** |
| | ) | **FOR EXTENSION OF TIME TO FILE** |
| **NVR, INC.** | ) | **APPELLEE BRIEF** |
| | ) | |
| | ) | |
| Defendant-Appellee. | ) | |
| | ) | |

Appellee NVR, Inc. ("NVR"), pursuant to Federal Rule of Appellate Procedure 26(b) and Sixth Circuit Rule 26(a), respectfully moves for a 14-day extension of time, up to and including July 29, 2026, within which to file its appellee brief. NVR's current deadline is July 15, 2026.

Good cause exists for this requested extension of time. This appeal presents issues that have significant implications for NVR's contractual practices, including provisions used in its residential purchase agreements. Preparation of NVR's appellee brief therefore requires coordination with, and review by, key business and legal personnel to ensure accuracy and consistency with NVR's contract practices. Several of those key personnel have long-standing, pre-scheduled vacations surrounding the Fourth of July holiday and extending into the following week. As a result, those individuals will be unavailable during a material portion of the current briefing period. In light of the importance of the issues presented and their potential impact, NVR requests additional time to ensure that all necessary internal stakeholders are able to review and provide input on the brief.

The requested 14-day extension is modest and will allow NVR to complete that review without prejudice to any party. This is NVR's first request for an extension of time to file its

appellee brief in this appeal, and it is made in good faith and not for purposes of delay. The requested extension will not prejudice Appellants or materially affect the schedule of this appeal.

WHEREFORE, Appellee NVR, Inc. respectfully requests that the Court extend the deadline for filing its appellee brief to July 29, 2026.

Respectfully submitted,

*/s/ Ryan W. Gillespie*
David D. Yeagley (0042433)
Ryan W. Gillespie (0102606)
**UB GREENSFELDER LLP**
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1448
(216) 583-7000
(216) 583-7001 (Fax)
dyeagley@ubglaw.com
rgillespie@ubglaw.com

*Attorneys for Defendant-Appellee NVR, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 1, 2026, a copy of *Appellee NVR, Inc.'s Motion for Extension of Time to File Appellee's Brief* was electronically filed via the Court's CM/ECF system. Notice and a copy of this filing will be sent to all counsel of record via the Court's CM/ECF system.

<u>/s/ Ryan W. Gillespie</u>

*One of the attorneys for Defendant-Appellee NVR, Inc.*