UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26-3309**

Case Title: **William Lawrence, et al.**            vs. **NVR, Inc.**

List all clients you represent in this appeal:

**NVR, Inc.**

☐ Appellant        ☐ Petitioner        ☐ Amicus Curiae        ☐ Criminal Justice Act
☑ Appellee         ☐ Respondent        ☐ Intervenor                    (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Matthew T. Nelson**            Signature: s/ **Matthew T. Nelson**

Firm Name: **Warner Norcross + Judd LLP**

Business Address: **150 Ottawa Avenue NW, Suite 1500**

City/State/Zip: **Grand Rapids, MI 49503**

Telephone Number (Area Code): **(616) 752-2539**

Email Address: **mnelson@wnj.com**

Please ensure your contact information above matches your PACER contact information.  If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
| --- |
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |

6ca-68
8/17