**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 19, 2026

**Notice**

Mr. Michael R. Fortney I
Fortney Law
300 Weatherstone Drive, Suite 303
Wadsworth, OH 44281

Mr. David D. Yeagley
UB Greensfelder
Business Litigation
1660 W. Second Street, Suite 1100
Cleveland, OH 44113-1406

Re: No. 26-3309
*William Lawrence, et al v. NVR Inc.*

Dear Counsel:

The Court has determined that oral argument is not required. See I.O.P. 34(a)(4). The case noted above is scheduled for submission to the Court on the briefs of the parties and the record on **Thursday, December 17, 2026**. You will be promptly advised of the Court's decision, or any other order or directive it may issue.

Sincerely yours,

s/Robin L. Johnson
Calendar Deputy

cc: Mr. Ryan W. Gillespie
Mr. Matthew T. Nelson